```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        JACKSON DIVISION
```

**KRYSTAL SMITH**                                                **PLAINTIFF**

**VS.**                                  **CIVIL ACTION NO. 3:05CV271-WHB-JCS**

**BLUE CROSS & BLUE SHIELD**
**OF MISSISSIPPI**                                                **DEFENDANT**

### FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure and with the jointly filed Stipulation of Dismissal with Prejudice (docket entry no. 49), this case is hereby finally dismissed with prejudice.

SO ORDERED this the 18th day of August, 2006.

                                        s/ William H. Barbour, Jr.
                                        UNITED STATES DISTRICT JUDGE

tct